```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosie-Alice King,

            Plaintiff,

    –v–

Regen Medical Management, LLC, *et al.*,

            Defendants.

20-cv-6050 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to Rule 3.L of this Court's Individual Practices in Civil Cases, the Plaintiff shall serve a copy of her motion for default judgment and all supporting documents on Defendants Regen Medical Management, LLC, and Regen Medical, P.C., and file an affidavit of service on ECF within fourteen days of filing the motion for default judgment.  The Court will not consider the motion for default judgment until such affidavit of service is filed.

    SO ORDERED.

Dated: October 5, 2020
       New York, New York

                                    _____
                                          ALISON J. NATHAN
                                        United States District Judge