THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 206
New York, New York 10007

212-766-9869
zapatalaw.com
tLawFirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/21
```

August 16, 2021

Alison J. Nathan
District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   King v. Regen Medical Management, LLC, et al.,
      SDNY Case No. 20 Civ. 6050

Dear Judge Nathan,

This office represents the Plaintiff in the above referenced matter. This action involves claims for unpaid overtime wages under the Fair Labor Standards Act and New York Labor Law and related New York Labor Law claims.

I submit this letter motion, with Defendants Victor and Rhodes' consent, seeking an adjournment of the case management conference, scheduled for October 15, 2021. If Plaintiff's application is granted, Plaintiff and Defendants Victor and Rhodes propose the following dates: (1) October 22, 2021; (2) October 29, 2021; and, (1) November 5, 2021.

The parties have made one previous, joint, applications to adjourn the case management conference in this case, on May 24, 2021, which Your Honor granted. Notably, if this application is granted, no other scheduled dates will be affected.

Thank you for your consideration.

Very [truly yours]

[signature]

au[thor]

---

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/17/21

---

The case management conference scheduled for October 15, 2021, is adjourned to October 29, 2021, at 3:15 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.