USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/25/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROSIE-ALICE KING,

                Plaintiff,

      - against -

REGEN MEDICAL MANAGEMENT, LLC, *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-6050 (AJN) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court shall hold a conference by telephone on **September 8, 2021** at **2:30 p.m.** to discuss the parties' letter motions seeking leave to file a motion to compel. (Dkt. Nos. 86–88). The parties should call the Court's conference line at (877) 873-8017 (Access Code: 5277586).

The parties should be prepared to discuss any pending discovery disputes, deposition scheduling, and defendants' efforts to secure new counsel. No depositions are to take place before the conference.

In addition, defendants' request for an extension of time (until September 30, 2021) to obtain new counsel is granted. There will be no further extensions of this deadline.

    **SO ORDERED.**

Dated: August 25, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge