```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rosie-Alice King,

              Plaintiff,

    –v–

Regen Medical Management, LLC, et al.,

             Defendants.

20-cv-6050 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The status conference scheduled for October 29, 2021, is adjourned to Friday, January 21, 2022 at 3:15 p.m.

    SO ORDERED.

Dated: October 15, 2021
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge