```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSIE-ALICE KING,

              Plaintiff,

      - against -

REGEN MEDICAL MANAGEMENT, LLC, *et al.*,

              Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-6050 (AJN) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    WHEREAS, the parties came before me for a settlement conference today and reached a settlement in principle;

    IT IS HEREBY ORDERED that the parties are directed to file a joint letter motion along with their settlement agreement **no later than December 3, 2021,** to request court approval. The letter motion should explain why the proposed settlement is fair and reasonable and otherwise complies with the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    The parties should submit their settlement papers to Judge Nathan, unless they agree to consent to my jurisdiction to review the settlement under 28 U.S.C. § 636(c). Consent forms are available on the Court website.

    **SO ORDERED.**

Dated: November 4, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge